# Exhibit B

# MEMORANDUM OF AGREEMENT

Steward Health Care ("Steward") and 1199SEIU United Health Care Workers East ("1199SEIU")(collectively the "Parties") hereby agree to modify their November 1, 2019 – October 31, 2024 collective bargaining agreement in accordance with the terms set forth below. To the extent that any Articles and/or provision of the Agreement is not addressed below, it shall remain in full force and effect in the successor agreement.

This Memorandum of Agreement on the contract as a whole shall be tentative until ratified by members of the bargaining unit.

- Article 12/Compensation and Overtime:
    - Effective the first full pay period following May 1, 2024, a two percent (2.0%) across-the-board increase in the regular rate of pay and wage scales for all bargaining unit members including workers who have fewer than twenty (20) years of Experience and whose current rate is above their Experience step rate as referenced in Article 12, Section 12.01.
    - Effective the first full pay period following November 1, 2024, a two percent (2.0%) across-the-board increase in the regular rate of pay and wage scales for all bargaining unit members including workers who have fewer than twenty (20) years of Experience and whose current rate is above their Experience step rate as referenced in Article 12, Section 12.01.
    - Wage/Step progression for all bargaining unit members shall continue in accordance with Article 12, Section 12.01 of the Agreement through October 31, 2025 including that those workers not currently at equity shall continue to receive 2-step (or 4%) increases.
- Effective the first full pay period following July 1, 2024, Steward hereby agrees to reinstate a cost share plan wherein Steward pays twenty-five percent (25%) of the dental insurance premium for regular part-time employees (20 hours to a maximum of 29 hours per week) who are currently enrolled in dental insurance.
- Article 30/Duration: 1-year Extension through October 31, 2025

Agreed and accepted:

Steward Health Care

C. [signature] 4·17·24

1199SEIU United Health Care Workers East