# Exhibit D

# MEMORANDUM OF AGREEMENT

This Memorandum of Agreement ("MOU") dated September 30, 2024 is by and between Steward Health Care Systems ("Company") and 1199 SEIU United Healthcare Workers East ("Union") and amends that certain collective bargaining agreement between the Company and the Union, dated November 1, 2019, as modified by each related Memorandum of Agreement, including that certain (undated) Memorandum of Agreement and the Memoranda of Agreement dated July 7, 2020 and January 3, 2021 (the "CBA").

This MOU shall be effective upon, and subject to, the closing of the transactions contemplated by the asset purchase agreement ("Purchase Agreement") between Steward St. Elizabeth's Medical Center of Boston, Inc. and Steward Good Samaritan Medical Center Inc. (collectively, "Sellers") and BMC Community Hospital Corporation ("Buyer") dated August 30, 2024, pursuant to which Buyer will acquire certain assets of the Company (the "Closing"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Purchase Agreement.

The Parties hereto agree as follows:

1. As of the Closing, Seller shall assign that certain CBA to Buyer and Buyer shall accept such assignment. Buyer shall only assume Liabilities related to the CBA pursuant to the terms set forth in the Purchase Agreement.

2. As of the Closing, the CBA shall continue in full force and effect with the following modifications:

(a) All references to Sellers or any affiliate of Seller in the CBA shall be replaced with references to Buyer or any affiliate of Buyer;

(b) All provisions that apply to Seller's facilities, operations, and businesses other than the Purchased Assets, shall be struck from the CBA; and

(c) Any health, welfare and 401(k) plans referenced in the CBA that were provided through Sellers or any affiliate of Seller shall now be provided by Buyer or its affiliates, including, for the avoidance of doubt, replacing any reference to a Seller Code Section 401(k) plan to a Buyer Code Section 403(b) plan.

3. The CBA shall be amended by this Agreement and this Agreement shall supersede any conflicting provision in the CBA.

4. Nothing in this Agreement shall affect or impair any rights or obligations of Sellers or Buyer under the Purchase Agreement.

[*Remainder of page intentionally left blank; Signature page to follow*]

BMC COMMUNITY HOSPITAL
CORPORATION

By: [signature]

Print Name: Jesse Souweine

Title: SVP, Chief Transformation Officer

Date: 9/26/2024

1199SEIU UNITED HEALTHCARE
WORKERS EAST

By: ______________________________

Print Name: ______________________

Title: ____________________________

Date: ____________________________

ST. ELIZABETH'S MEDICAL CENTER
OF BOSTON, INC. AND STEWARD GOOD
SAMARITAN MEDICAL CENTER INC.

By: ______________________________

Print Name: ______________________

Title: ____________________________

Date: ____________________________

BMC COMMUNITY HOSPITAL CORPORATION

By: ______________________________

Print Name: ________________________

Title: _____________________________

Date: ______________________________

1199SEIU UNITED HEALTHCARE WORKERS EAST

By: Cari Medina

Print Name: Cari Medina

Title: VP 1199SEIU

Date: 9/30/24

ST. ELIZABETH'S MEDICAL CENTER OF BOSTON, INC. AND STEWARD GOOD SAMARITAN MEDICAL CENTER INC.

By: ______________________________

Print Name: ________________________

Title: _____________________________

Date: ______________________________