# Exhibit F

[redacted]

**From:** Benedict, Helene
**Sent:** Wednesday, April 30, 2025 5:00 PM
**To:** Andrew Rodgers <Andrew.Rodgers@1199.org>
**Cc:** marlon.washington <marlon.washington@1199.org>
**Subject:** FW: Submission of Grievances – Anniversary Step Increases & Pay Equity

Hello Andy,
John forwarded these grievances to me for response. Please see BMC's response outlined below. Thank you.

The grievances concern alleged violations of the collective bargaining agreement between 1199SEIU United Healthcare Workers East and Good Samaritan Medical Center, which BMC assumed pursuant to an Order issued by the United States Bankruptcy Court for the Southern District of Texas (Houston Division) entered September 13, 2024 ("Order") and an Asset Purchase Agreement ("APA") by and among Steward St. Elizabeth's Medical Center of Boston, Inc. and Steward Good Samaritan Medical Center, Inc. (Sellers) and BMC Community Hospital Corporation (Buyer). Importantly, pursuant to the APA, as authorized pursuant to the Order, BMC assumed,

> all Liabilities {of the Sellers] arising under the Assumed Contracts … solely to the extent arising from period occurring on or after the Closing and relating (and only to the extent so relating) to facts, circumstances or occurrences first arising after the Effective Time and that do not arise from or relate to, and are not in connection with, any event, circumstance or condition occurring or existing at or prior to the Effective Time that, with or without notice or lapse of

time, would constitute or result in a breach, violation or default under applicable Law or any such Assumed Contracts by Seller or the Seller Affiliates prior to Closing[.]

(APA ¶1.3(b)). The Effective Time is 11:59 p.m. local time on the Closing Date (October 1, 2024). (APA ¶2.1).

The above-referenced grievances concern an alleged violations of the collective bargaining agreement which occurred prior to or in connection with an event, circumstance or condition occurring or existing at or prior to the Effective Time. Because BMC clearly did not assume liability for the alleged violation set forth in the grievance, the grievance is denied. Further, BMC maintains that the matter is not arbitrable pursuant to the Bankruptcy Court-approved APA.

BOSTON MEDICAL CENTER

**Helene Benedict**
**Sr. Director, Employee & Labor Relations**
**Phone** 617.414.7126 **Mobile** 617.366.7010 **E-Mail** Helene.Benedict@bmc.org

Begin forwarded message:

**From:** Andrew Rodgers <Andrew.Rodgers@1199.org>
**Date:** April 29, 2025 at 4:28:12 PM EDT
**To:** "marlon.washington" <marlon.washington@1199.org>, "Hickey, John" <John.Hickey@bmc.org>
**Subject: FW: Submission of Grievances – Anniversary Step Increases & Pay Equity**

***CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.***

---

Hi John,

I hope you're doing well. I just wanted to check in regarding the two class action grievances that were submitted on April 2, 2025.
We haven't received a response yet, so I wanted to kindly follow up to see if there's been any update or if meetings are in the process of being scheduled.

I appreciate your time and attention, and please let me know if there's anything further you need from us.

Thank you,
Andy

Andy Rodgers
Administrative Organizer
1199SEIU United Health Care Workers East
Cell: [redacted]
Andrew.Rodgers@1199.org

On -Line Member Application (Dues and PAC)
https://joinmembership.1199.org/#/

1199SEIU Member Mobile App
Google Play Store
https://play.google.com/store/apps/details?id=com.seiu1199&hl=en_US&gl=US
Apple Store
https://apps.apple.com/us/app/1199seiu/id1473630274

---

**From:** Andrew Rodgers <Andrew.Rodgers@1199.org>
**Date:** Wednesday, April 2, 2025 at 6:26 PM
**To:** Marlon Washington <marlon.washington@1199.org>, "Hickey, John" <John.Hickey@bmc.org>
**Subject:** Submission of Grievances – Anniversary Step Increases & Pay Equity

Dear John,

I hope this message finds you well.

On behalf of 1199SEIU bargaining unit members at Good Samaritan Medical Center, I am submitting two formal class action grievances concerning wage issues that remain unresolved following BMC's acquisition of the facility on October 1, 2024.

1. Grievance 2025GSMC3 – Anniversary Step Increases:
   This grievance addresses the failure to implement contractual anniversary wage increases for eligible employees prior to the transition. These missed increases remain uncorrected and continue to impact pay.

2. Grievance 2025GSMC4 – Pay Equity:
   This grievance concerns ongoing wage disparities across departments, including instances where new hires are paid more than long-standing employees in identical roles, as well as other systemic inconsistencies.

We are requesting prompt attention to these matters and look forward to working collaboratively toward a fair and timely resolution. The full grievance forms are attached for your review.
Please confirm receipt at your earliest convenience and let us know if you require any additional information.

Thank you,
-Andy

Andy Rodgers
Administrative Organizer
1199SEIU United Health Care Workers East
Cell: [redacted]
Andrew.Rodgers@1199.org

On -Line Member Application (Dues and PAC)
https://joinmembership.1199.org/#/
1199SEIU Member Mobile App
Google Play Store
https://play.google.com/store/apps/details?id=com.seiu1199&hl=en_US&gl=US
Apple Store
https://apps.apple.com/us/app/1199seiu/id1473630274

This electronic transmission may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please notify me immediately as use of this information is strictly prohibited.