# Exhibit G

# LABOR RELATIONS CONNECTION, INC. - DEMAND FOR ARBITRATION

**Today's Date**
05/19/2025

**Name of Opposing Party**
John Hickey

**Address**
850 Harrison Avenue
1 Boston Medical Center Place
Boston, Massachusetts 02118
United States

**Phone**
(617) 620-7685

**Email**
john.hickey@bmc.org

**Name of Counsel / Representative**
john Hickey

**Address**
1 Boston Medical Center Place
boston, Massachusetts 02118
United States

**Phone**
(617) 620-7685

**Email**
john.hickey@bmc.org

**Name of Grievant/Affected Parties**
Class Action

**Grievance**
Violation of Articles 12.01, article 24, article 26 and all other related articles.

The hospital refuses to rectify members who did not receive anniversary increases

**Remedy sought**
Members to be made whole

**Signed**
Andy Rogers

**Name of Claimant**
Andy Rogers

**Address**
108 Myrtle st
4th Floor
Quincy, Massachusetts 02171
United States

**Phone**
(617) 706-1942

**Fax**
(617) 474-7150

**Email**
andrew.rodgers@1199.org

**Name of Counsel/Representative**
Ian Russell

**Address**
2 Liberty Square
10th floor
Boston, Massachusetts 02109
United States

**Phone**
(617) 367-7200

**Fax**
(617) 367-4820

**Email**
irussell@pylerome.com

Generated in 0.17 seconds
Peak Memory usage 36.00 MB
Number of fonts 3