# Exhibit H

**Morsilli, Robert H. (Boston)**

| | |
|---|---|
| **From:** | Morsilli, Robert H. (Boston) |
| **Sent:** | Saturday, October 18, 2025 9:10 AM |
| **To:** | Amanda Wells; Ian Russell |
| **Subject:** | RE: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases |

Hi Amanda-

I am happy to have a discussion with the arbitrator, provided it is clear that by doing so the employer is not acknowledging that the arbitrator has any jurisdiction in this matter. I am Tuesday at 10am. I am not available at the times offered on Wednesday.

Thank you,

Bob

**Robert H. Morsilli**
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile: (617) 680-0103
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Friday, October 17, 2025 2:54 PM
**To:** Ian Russell <irussell@pylerome.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Subject:** Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Good afternoon, Ian and Bob,

Arbitrator Greenbaum would like to have a discussion with you both regarding the letter provided and your respective comments.

He is available:

Tuesday, October 21 at 10:00am, or between 2:00pm and 3:00pm
Wednesday, October 22 at 10:00am, or between 2:00pm and 3:00pm

Please let me know if you'd be available on either of these dates.

**Amanda Wells (she/her)**

Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Amanda Wells
**Sent:** Friday, October 17, 2025 12:25 PM
**To:** Ian Russell <irussell@pylerome.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Thank you, Ian and Bob.

*If this dialogue has been exhausted*, I will forward your respective comments alongside the letter to Arbitrator Greenbaum and report back in as soon as he responds.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Ian Russell <irussell@pylerome.com>
**Sent:** Friday, October 17, 2025 12:02 PM
**To:** Amanda Wells <amandawells@the-lrc.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Subject:** Re: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Thanks. I won't say anything more, unless requested by the Arbitrator, but the Union's position is that the APA referenced by Bob does not limit BMC's liability for its own pay violations after it assumed the CBA, which is what the Union believes is at issue in this case.

**Ian O. Russell, Esq.**

pyle rome LABOR AND EMPLOYMENT LAWYERS

**Pyle Rome Ehrenberg PC**

**Boston Northampton, Mass. Burlington, Vt.**

**Boston Office (mailing address):** 2 Liberty Square, 10th Floor, Boston, MA 02109

tel: (617) 367-7200 fax: (617) 367-4820

www.pylerome.com
News: www.pylerome.com/recent

Twitter: @pylerome

This email message and any attachments are or may be attorney-client privileged and may contain confidential information. Any distribution, copying, or disclosure of this information is strictly prohibited. If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately. The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.

---

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Friday, October 17, 2025 11:39 AM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Thanks, Bob. *Just got off the phone with Arbitrator Strongin and had his name on the mind.*

I will provide these comments to ***Arbitrator Greenbaum***.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Sent:** Friday, October 17, 2025 11:37 AM
**To:** Amanda Wells <amandawells@the-lrc.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

I think the arbitrator is Marc Greenbum

JL

**Robert H. Morsilli**
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile: (617) 680-0103
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Friday, October 17, 2025 11:33 AM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Understood, Bob and Ian.

Unless there's anything further to add, I will inform Arbitrator Strongin and will provide him with these comments.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Sent:** Friday, October 17, 2025 11:15 AM
**To:** Ian Russell <irussell@pylerome.com>
**Cc:** Amanda Wells <amandawells@the-lrc.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Hi Ian-

As stated in the letter, the grievance arises out of actions allegedly taken by or not taken by Steward prior to the Effective Date. Those issues are within the jurisdiction of the bankruptcy court. Even if the arbitration goes forward without BMC, it will not honor any decision or award issued.

Amanda, please advise the arbitrator of BMC's position.

Thank you,

Bob

**Robert H. Morsilli**
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile: (617) 680-0103
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

**From:** Ian Russell <irussell@pylerome.com>
**Sent:** Friday, October 17, 2025 11:10 AM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Cc:** Amanda Wells <amandawells@the-lrc.com>
**Subject:** Re: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Hi Bob,

Letter received. The grievance is filed against BMC South and relates to its failure to properly pay employees under the CBA it assumed. If BMC chooses not to participate in the arbitration, we'll make sure it goes forward anyway. Amanda, as this is a grievance filed by the Union under the CBA assumed by BMC, which contains an applicable grievance and arbitration procedure, we assume that the hearing will take place as scheduled.

Thanks,
Ian

**Ian O. Russell, Esq.**

pyle rome LABOR AND EMPLOYMENT LAWYERS

**Pyle Rome Ehrenberg PC**

**Boston Northampton, Mass. Burlington, Vt.**

**Boston Office (mailing address):** 2 Liberty Square, 10th Floor, Boston, MA 02109

tel: (617) 367-7200 fax: (617) 367-4820

www.pylerome.com
News: www.pylerome.com/recent
Twitter: @pylerome

This email message and any attachments are or may be attorney-client privileged and may contain confidential information. Any distribution, copying, or disclosure of this information is strictly prohibited. If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately. The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.

---

**From:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Sent:** Friday, October 17, 2025 11:01 AM
**To:** Ian Russell <irussell@pylerome.com>
**Cc:** Amanda Wells <amandawells@the-lrc.com>
**Subject:** FW: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Ian-

Please see the attached letter.

Thank you,

Bob

JL

**Robert H. Morsilli**
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile: (617) 680-0103
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

**From:** Mitch Wilson <mitchwilson@the-lrc.com>
**Sent:** Wednesday, October 8, 2025 1:39 PM
**To:** Ian Russell <irussell@pylerome.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Amanda Wells <amandawells@the-lrc.com>
**Cc:** Jo Fletcher <jfletcher@pylerome.com>; andrew.rogers@1199.org; Helene Benedict <helene.benedict@bmc.org>; Donoghue, Robin (Boston) <Robin.Donoghue@jacksonlewis.com>
**Subject:** Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Good afternoon, Ian and Bob. *I'm just lending Amanda an extra set of hands.*

A Zoom session has been scheduled for holding the **November 14, 2025** hearing remotely before Arbitrator Greenbaum at **10:00 a.m.**

**This is the link for joining the session:**
https://us02web.zoom.us/j/82032662963?pwd=xHn3jHtBhTAxRVqNILwpcOoyyXdFIV.1

**Alternate Meeting Information for smartphones/tablets:**
Call in #: 1-929-436-2866
Meeting ID: 820 3266 2963
Passcode: 459008

Arbitrator Greenbaum is respectfully seeking electronic copies of any proposed exhibits on or before *Wednesday, November 12th*.

If possible, please also provide a list of anticipated attendees we may provide to the Arbitrator in advance of this day.

We'll circulate a reminder as the date itself draws closer.

Thank you,

**Mitch Wilson (He/Him)**
Assistant Director
The Labor Relations Connection, Inc.
mitchwilson@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

JacksonLewis

**Jackson Lewis P.C.**
75 Park Plaza, 4th Floor
Boston MA 02116
(617) 367-0025 Main
jacksonlewis.com

Via Email (irussell@pylerome.com)

October 17, 2025

Ian O. Russell, Esq.
Pyle Rome Ehrenberg PC
2 Liberty Square, 10th Floor
Boston, MA 02109

**Re:** LRC # 328-25, 1199SEIU United Healthcare Workers East & Boston Medical Center (South) (Articles. 12.01, 24 & 26, Class Action – Anniversary Increases)

Dear Ian:

As you know, we represent Boston Medical Center in the above-referenced matter. The matter concerns an alleged violation of the collective bargaining agreement between the Massachusetts Nurses Association and Good Samaritan Medical Center, which BMC assumed pursuant to an Order issued by the United States Bankruptcy Court for the Southern District of Texas (Houston Division) entered September 13, 2024 ("Order") and an Asset Purchase Agreement ("APA") by and among Steward St. Elizabeth's Medical Center of Boston, Inc. and Steward Good Samaritan Medical Center, Inc. (Sellers) and BMC Community Hospital Corporation (Buyer). Importantly, pursuant to the APA, as authorized pursuant to the Order, BMC assumed,

> all Liabilities [of the Sellers] arising under the Assumed Contracts … solely to the extent arising from period occurring on or after the Closing and relating (and only to the extent so relating) to facts, circumstances or occurrences first arising after the Effective Time and that do not arise from or relate to, and are not in connection with, any event, circumstance or condition occurring or existing at or prior to the Effective Time that, with or without notice or lapse of time, would constitute or result in a breach, violation or default under applicable Law or any such Assumed Contracts by Seller or the Seller Affiliates prior to Closing[.]

(APA ¶1.3(b)). The Effective Time is 11:59 p.m. local time on the Closing Date (October 1, 2024). (APA ¶2.1).

As I started my initial preparation in this matter, it immediately became clear that the underlying grievance concerns an alleged violation of the collective bargaining agreement which occurred prior to or in connection with an event, circumstance or condition occurring or existing

JacksonLewis



at or prior to the Effective Time. Because BMC clearly did not assume liability for the alleged violation set forth in the grievance, BMC refuses to participate in any arbitration of this dispute.

Thank you.

Very truly yours,

Robert H. Morsilli
617-305-1220 Direct
Robert.Morsilli@JacksonLewis.com
Jackson Lewis P.C.

cc: Amanda Wells, Labor Relations Connection (via email: amandawells@the-lrc.com)