# Exhibit I

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Wednesday, October 29, 2025 10:07 AM
**To:** Ian Russell <irussell@pylerome.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Cc:** Jo Fletcher <jfletcher@pylerome.com>
**Subject:** Conference Call Summary: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Good morning,

Arbitrator Greenbaum has provided a summary of this morning's conference call:

> *"The conference call was held to discuss the Hospital's October 17th, 2025 letter informing the Union it was challenging the arbitrability of the grievance and thus refused to participate in the Arbitration hearing. Extensive discussion pursued. Arbitrator Greenbaum informed the parties he intended to hold the proceeding ex-parte if the Employer elected not to participate."*

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

---

**From:** Amanda Wells
**Sent:** Tuesday, October 28, 2025 2:19 PM
**To:** 'Ian Russell' <irussell@pylerome.com>; 'Morsilli, Robert H. (Boston)' <Robert.Morsilli@jacksonlewis.com>
**Cc:** 'Jo Fletcher' <jfletcher@pylerome.com>
**Subject:** REMINDER: Conference Call Confirmation/Information: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases
**Importance:** High

Good afternoon,

This is a reminder for your **conference call tomorrow (October 29) at 9:30am with Arbitrator Greenbaum.**

*The call-in information can be found in the email below.*

Please let me know if you have any questions.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

---