# Exhibit L

## Krezmien, Ashley C. (Boston)

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Thursday, March 12, 2026 11:20 AM
**To:** Ian Russell; Krezmien, Ashley C. (Boston); Morsilli, Robert H. (Boston)
**Cc:** Donoghue, Robin (Boston); Jo Fletcher
**Subject:** Arbitrator's Ruling: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

**Importance:** High

Good morning,

I have received the following communication from Arbitrator Greenbaum:

*"I have reviewed Boston Medical Center South's ("the Hospital") March 11, 2026 letter renewing its request to stay the pending arbitration between the Hospital and 1199SEIU United Healthcare Workers East ("the Union") and postpone the scheduled March 20, 2026 hearing. I have also reviewed the complaint the Hospital filed in the United States District Court for the District of Massachusetts seeking relief. Finally, I have reviewed the Union's email objecting to the Hospital's request. For the following reasons, the Hospital's request is DENIED:*

1. *During the November 14, 2025 conference call cited in its letter, the Hospital indicated that it would be present at any hearing that was held in this matter, despite having previously stated it would decline to participate in such a hearing.*

2. *The Hospital stated it did not consent to the arbitrator's determining the substantive arbitrability of the underlying grievance. The Hospital essentially stated that it would make what some refer to as a special appearance, preserving its right to contest the forum's jurisdiction despite participating in a hearing on the merits of the dispute. The Hospital stated that it would likely institute a civil action prior to the scheduled hearing to vindicate its claim.*

3. *The arbitrator recognizes the Hospital has the right to insist upon a judicial determination of the substantive arbitrability of the grievance. During the November 14, 2025 conference call the undersigned recalls stating that the record would document the Hospital's reservation of its right to challenge the arbitrator's jurisdiction and the arbitrator's recognition that he lacked authority to resolve that issue. This email should conclusively demonstrate the arbitrator's recognition of the limits of his authority.*

4. *During the November 14, 2025 conference call, the Hospital renewed its motion to stay the proceeding. The arbitrator denied the motion without prejudice to its renewal if the Hospital sought a judicial stay of the arbitration proceedings.*

5. *The Hospital did not initiate a civil action until March 10, 2026. Its complaint seeks only declaratory relief and is devoid of any request for a stay or other similar equitable relief.*

6. *The Hospital has not demonstrated that granting the stay is necessary or appropriate. Putting aside any consideration of its delay in seeking relief, the arbitrator's prior ruling must stand. The Hospital's ability to renew its request was predicated upon its seeking a judicial stay of proceedings. Its complaint does not do so. Ironically, since I lack the authority to resolve the substantive arbitrability issue, I effectively lack jurisdiction to consider the Hospital's request for a stay which is predicated upon the grievance not being substantively arbitrable.*

> 7. *The hearing on the merits can proceed, with the arbitrator specifically recognizing his lack of authority to determine the substantive arbitrability of the grievance. This is the same posture we would have been in on November 14, 2025, but for the illness of a Union witness prompting the cancellation of the scheduled hearing.*

*Marc D. Greenbaum, Arbitrator*
*Dated: March 12, 2026"*

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

---

**From:** Amanda Wells
**Sent:** Wednesday, March 11, 2026 4:46 PM
**To:** 'Ian Russell' <irussell@pylerome.com>; Krezmien, Ashley C. (Boston) <Ashley.Krezmien@jacksonlewis.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Cc:** Donoghue, Robin A. (Boston) <Robin.Donoghue@jacksonlewis.com>; Jo Fletcher <jfletcher@pylerome.com>
**Subject:** RE: Employer Letter: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Understood, Ian.

Absent any further comments from the parties, I will provide both parties' communications to Arbitrator Greenbaum and will report back when he responds.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Ian Russell <irussell@pylerome.com>
**Sent:** Wednesday, March 11, 2026 4:28 PM
**To:** Amanda Wells <amandawells@the-lrc.com>; Krezmien, Ashley C. (Boston) <Ashley.Krezmien@jacksonlewis.com>
**Cc:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Donoghue, Robin A. (Boston) <Robin.Donoghue@jacksonlewis.com>; Jo Fletcher <jfletcher@pylerome.com>
**Subject:** Re: Employer Letter: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Hi Amanda,

Please provide the following to Arbitrator Greenbaum:

The Union objects to the request to stay the March 20, 2026, hearing. The Hospital has known the date of this hearing since November 14, 2025, when it participated in the rescheduling of hearing. Yet it waited until March 10, 2026, to file a complaint in court and until March 11, 2026, to request that the Arbitrator stay the case. While the Hospital has filed a complaint, it has not requested, let alone received, a court order staying the arbitration.

The Arbitrator should deny the request to stay the hearing for the same reasons that the Hospital's previous requests to stay the case were denied. The grievance is about the Hospital's own refusal to comply with the collective bargaining agreement that it assumed and it is clearly arbitrable. Where there is no court order staying the arbitration, the Arbitrator should deny the Hospital's renewed request to stay the hearing.

Thank you,
Ian

**Ian O. Russell, Esq.**

pyle rome LABOR AND EMPLOYMENT LAWYERS

**Pyle Rome Ehrenberg PC**
**Boston Northampton, Mass. Burlington, Vt.**

**Boston Office (mailing address):** 2 Liberty Square, 10th Floor, Boston, MA 02109
tel: (617) 367-7200 fax: (617) 367-4820

www.pylerome.com
News: www.pylerome.com/recent
Twitter: @pylerome

This email message and any attachments are or may be attorney-client privileged and may contain confidential information. Any distribution, copying, or disclosure of this information is strictly prohibited. If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately. The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.

---

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Wednesday, March 11, 2026 1:15 PM
**To:** Krezmien, Ashley C. (Boston) <Ashley.Krezmien@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Cc:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Donoghue, Robin A. (Boston) <Robin.Donoghue@jacksonlewis.com>; Jo Fletcher <jfletcher@pylerome.com>

**Subject:** Employer Letter: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action-Anniversary Increases

Understood, Ashley.

**Ian** – Please let me know if the Union has a response to the Employer's letter.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

---

**From:** Krezmien, Ashley C. (Boston) <Ashley.Krezmien@jacksonlewis.com>
**Sent:** Wednesday, March 11, 2026 12:49 PM
**To:** Amanda Wells <amandawells@the-lrc.com>
**Cc:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** LRC # 328-25, 1199SEIU United Healthcare Workers East & Boston Medical Center (South) (Articles. 12.01, 24 & 26, Class Action – Anniversary Increases)

Good afternoon:

Please see the attached correspondence, sent on behalf of Robert Morsilli.

Thank you,

Ashley

**Ashley C. Krezmien** (Ashley Krezmien | She/Her)
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1210 | Main: (617) 367-0025
Ashley.Krezmien@jacksonlewis.com | www.jacksonlewis.com